ADAM PAUL LAXALT
Nevada Attorney General
ALYSON L. McCORMICK
Deputy Attorney General
Nevada Bar No. 13187
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1257
E-mail: amccormick@ag.nv.gov

*Attorneys for Defendants, Renee Baker, Ronald Bryant, Harold Byrne, Sheryl Foster, Leslie Healer, Paul Hunt, Scott Manning, and Michael Oxborrow*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

COREY MATTHEW CAMPANA,

Plaintiff,

vs.

RENEE BAKER, et al.,

Defendants.

Case No. 3:15-cv-00418-MMD-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Corey Matthew Campana, appearing pro se, and Defendants, Renee Baker, Ronald Bryant, Harold Byrne, Sheryl Foster, Leslie Healer, Paul Hunt, Scott Manning, and Michael Oxborrow, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Alyson L. McCormick, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this 30th day of April, 2016.

By: [signature]
COREY MATTHEW CAMPANA
*Plaintiff, Pro Se*

DATED this 9th day of May, 2016.

ADAM PAUL LAXALT
Attorney General

By: [signature]
ALYSON L. McCORMICK
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

**ORDER**

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this 16th day of May, 2016.

[signature]
DISTRICT JUDGE

Office of the Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 13th day of May, 2016, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

COREY CAMPANA #1126810
ELY STATE PRISON
P.O. BOX 1989
ELY, NV 89301

An employee of the
Office of the Attorney General

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717